CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 18 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **DON MCKINNEY ,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:05-cv-00450** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **JUDGE JOHN KILGORE,** | ) | **By: Hon. James C. Turk** |
| **Respondent.** | ) | **Senior United States District Judge** |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall

be and hereby is **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying

memorandum opinion to the petitioner.

ENTER:          This _18th_ day of July, 2005.

_James C. Turk_
Senior United States District Judge